UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO: 1:19-cv-25045**

Vicky Cornell, individually, and in her
capacity, and as the Personal Representative of the
ESTATE OF CHRISTOPHER JOHN CORNELL
*a/k/a* Chris Cornell,

        Plaintiffs,
v.

Soundgarden, a purported Washington General Partnership,
Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd,
Rit Venerus and Cal Financial Group, Inc.

        Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Martin D. Singer ("Singer") of the law firm of Lavely & Singer, 2049 Century Park E, Suite 2400, Los Angeles, California 90067, telephone number 310-556-350.

Specifically, Mr. Singer seeks to appear for the purpose of serving as co-counsel on behalf of the plaintiff, Victoria Cornell, both in her individual capacity and in her capacity as the Personal Representative of the Estate of Christopher John Cornell ("Plaintiffs") in the above-styled case only. In support of Mr. Singer's application and request to receive electronic filing pursuant to Rule 2B of the CM/ECF Administrative Procedures, the undersigned states as follows:

1. Mr. Singer is not admitted to practice in the Southern District of Florida. Mr. Singer

is however a member in good standing of the State of California, the Central District of California, and the Ninth Circuit of U.S. Court of Appeals.

2.  Movant, James G. Sammataro, Esq. of the law firm of Pryor Cashman LLP, 201 South Biscayne Boulevard., Suite 2700, Miami Florida 33131, telephone number 786-582-3010, is a member in good standing of The Florida Bar and the United States District Courts for the Southern, Middle and Northern Districts of Florida and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Mr. Singer, has made payment of this Court's $75.00 admission fee.

4.  Pursuant to Section 2B CM/ECF Administrative Procedures, Movant hereby requests that the Court provide Notice of Electronic Filings in this matter to Mr. Singer at email address: msinger@lavelysinger.com.

**WHEREFORE**, James G. Sammataro, moves this Court to enter an Order granting Mr. Singer to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Martin D. Singer.

Respectfully submitted,

**PRYOR CASHMAN LLP**
*Attorneys for Plaintiffs*
201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone: (786) 582-3010
Facsimile:  (786) 582-3004

By: s/ James G. Sammataro
James G. Sammataro
Florida Bar No. 520292
jsammataro@pryorcashman.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:19-cv-25045**

Vicky Cornell, individually, and in her
capacity, and as the Personal Representative of the
ESTATE OF CHRISTOPHER JOHN CORNELL
*a/k/a* Chris Cornell,

               Plaintiffs,
  v.

Soundgarden, a purported Washington General Partnership,
Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd,
Rit Venerus and Cal Financial Group, Inc.

               Defendants.
_____/

**CERTIFICATION OF MARTIN D. SINGER**

      Martin D. Singer, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing in the following jurisdiction: State of California, the Central District of California, and the Ninth Circuit for the U.S. Court of Appeals; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                               s/ *Martin D. Singer*
                                                               Martin D. Singer, Esq.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2019 a copy of the foregoing Motion for *Pro Hac Vice* on behalf of attorney Martin D. Singer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

      */s/ James G. Sammataro*
      James G. Sammataro