UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)
CASE NO.: 1:19-cv-25045-JEM

VICKY CORNELL, individually,
and in her capacity, and as the
Personal Representative of the
Estate of Christopher John Cornell
also known as Chris Cornell,

    Plaintiff,

vs.

SOUNDGARDEN, a purported
Washington General Partnership,
KIM A. THAYIL, MATT D. CAMERON,
HUNTER BENEDIT SHEPHERD,
RIT VENERUS and CAL FINANCIAL
GROUP, INC.

    Defendant(s)
_____/

### DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, RIT VENERUS and CAL FINANCIAL GROUP, INC. ("Defendants"), by and through their undersigned counsel, hereby file their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, pursuant to Federal Rules of Civil Procedure 6(b), and in support thereof state as follows:

1. On or about December 09, 2019, Plaintiff filed its Complaint in this action [D.E. 1].

2. As undersigned counsel was just retained, the undersigned requires some additional amount of time to properly prepare and file Defendants Response to the Complaint.

3. Accordingly, Defendants respectfully requests a sixteen (16) days extension of time, up to and including Wednesday, January 15, 2020, to file Defendants Response to Plaintiff's Complaint.

4. This request for an extension of time is made in good faith and not for any dilatory purpose.

**WHEREFORE**, Defendants respectfully requests that the Court enters an Order granting a sixteen (16) days extension of time, up through and including January 15, 2020, to respond to Plaintiff's Complaint.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the Defendants certifies that they have in good faith conferred by email with counsel for Plaintiff regarding the requested extension, and counsel for Plaintiff does not oppose the relief requested in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2019 , a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all parties on the Service List below or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By: */s/Avery A. Dial*
Avery A. Dial, Esq.
Fla. Bar No. 732036
Email: adial@kdvlaw.com
fgonzalez@kdvlaw.com
100 S.E. Third Ave., Suite 1500
Fort Lauderdale, FL 33394
Tel: (954) 302-2360
Fax: (888) 464-7982

## SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)
VICKY CORNELL v. SOUNDGARDEN, et al.
CASE NO.: 1:19-cv-25045-JEM

| | |
|---|---|
| **David Binder Jonelis**<br>Lavely & Singer<br>2049 Century Park E., Suite 2400<br>Los Angeles, CA 90067<br>310-556-3501<br>Email: djonelis@lavelysinger.com<br>*PRO HAC VICE*<br><br>**Martin D. Singer**<br>Lavely & Singer<br>2049 Century Park E<br>Suite 2400<br>Los Angeles, CA 90067<br>310-556-3501<br>Fax: 556-3615<br>Email: mdsinger@lavelysinger.com<br>*PRO HAC VICE*<br><br>**James George Sammataro**<br>Pryor Cashman LLP<br>201 South Biscayne Boulevard<br>Suite 2700<br>Miami, FL 33131<br>Email: jsammataro@pryorcashman.com<br><br>*Attorneys for Plaintiff* | **Avery A. Dial, Esq.**<br>Kaufman Dolowich & Voluck, LLP<br>100 S.E. Third Avenue, Suite 1500<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 712-7442<br>Fax: (888) 464-7982<br>adial@kdvlaw.com<br>fgonzalez@kdvlaw.com<br><br>*Attorneys for Defendants, Rit Venerus and Cal Financial Group, Inc.* |