**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No: 1:19-CIV-25045-MARTINEZ/OTAZO-REYES**

Vicky Cornell, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell *a/k/a* Chris Cornell,

Plaintiff,

v.

Soundgarden, a purported Washington General Partnership, Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd, Rit Venerus and Cal Financial Group, Inc.

Defendants.
_______________________________________/

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Vicky Cornell, individually and in her capacity as the Personal Representative of the Estate of Christopher John Cornell (collectively, "Plaintiffs"); defendants Soundgarden, Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd (collectively, "Band Defendants"); and defendants Rit Venerus, and Cal Financial Group, Inc. (collectively, "Financial Advisor Defendants," and together with "Band Defendants, the "Defendants"); jointly move for an extension of time to complete briefing on Defendants' Motions to Dismiss [D.E. 26, 27].

1. Plaintiffs filed their Complaint on December 9, 2019 [D.E. 1].

2. On December 13, 2019, all Defendants agreed to waive service of process in exchange for an extension of time to respond to the Complaint until February 3, 2020. [D.E.s 17-19]. As a consequence, the Band Defendants had fifty-two (52) days to respond to the Complaint.

3. The Financial Advisor Defendants' initial deadline to respond to the Complaint was December 30, 2020. The Financial Advisor Defendants filed an unopposed motion for extension of time to respond to the Complaint until January 15, 2020. [D.E. 13].

4. Thereafter, the Financial Advisor Defendants sought a second extension of time (along with the other Defendants), until February 3, 2020, to file their response to the Complaint. [D.E. 19]. Plaintiffs did not oppose the Financial Advisor Defendants' second request for enlargement of time, despite the fact that it would require Plaintiffs to respond to both Motions on the same date. In total, the Financial Advisor Defendants had fifty-five (55) days to respond to the Complaint.

5. On February 3, 2020, Defendants filed their separate Motions under Fed. R. Civ. P. 12. The Band Defendants' motion claims a lack of personal jurisdiction and improper venue and, alternatively, seeks to transfer venue pursuant to 28 U.S.C. § 1404. [D.E. 26]. The Band Defendants' motion also joins the Financial Advisor Defendants' motion.

6. The Financial Advisor Defendants' motion challenges personal jurisdiction, moves to dismiss for failure to state a claim, and joins in the Band Defendants' venue-related arguments. [D.E. 27].

7. The Defendants' Motions – which join in separately raised arguments – total thirty-five (35) pages and are accompanied by five (5) "supporting" affidavits, totaling an additional twenty-four (24) pages.

8. Plaintiffs' current deadline to oppose the two separate Motions to Dismiss is February 18, 2020.

9. Given the substantial factual and legal issues raised in Defendants' Motions, as well as Plaintiffs' prospective need to secure affidavits, Plaintiffs respectfully request a two (2) week

extension, until March 2, 2020, to oppose the Motions.

10. Defendants are willing to agree to Plaintiffs' requested enlargement and, in turn, Defendants respectfully request a one-week extension, until March 16, 2020, to file their respective Replies in support of their Motions.

11. Plaintiffs have no opposition to Defendants' requested enlargement.

12. Under Fed. R. Civ. P. 12(a)(4), Defendants are not required to file answers or counterclaims until the Court rules on the pending Motions.

13. The parties respectfully submit that the extensions will streamline this matter and promote judicial economy by ensuring that all relevant factual matters and legal arguments are properly presented to the Court.

**WHEREFORE**, the parties respectfully request that the Court enter an order extending: (1) the deadline for Plaintiffs to oppose the Motions to Dismiss until March 2, 2020; and (2) the deadline for Defendants to file their Replies in support of the Motions to Dismiss until March 16, 2020.

## CERTIFICATE OF GOOD FAITH CONFERRAL

The parties have conferred and agree to the requested extensions.

Dated: February 13, 2020

Respectfully submitted,

**PRYOR CASHMAN LLP**
201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone: (786) 582-3010
Facsimile: (786) 582-3004

By: s/ *James G. Sammataro*
James G. Sammataro
Florida Bar No.: 520292
jsammataro@pryorcashman.com
Brendan S. Everman
Florida Bar No.: 68702
beverman@pryorcashman.com
*Attorneys for Plaintiff*

**KAUFMAN DOLOWICH VOLUCK LLP**
100 SE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33394-0002
Telephone: (561) 910-5650
Facsimile: (888) 464-7982

By: *s/ Avery Dial*
Avery Dial
Florida Bar No.: 732036
adial@kdvlaw.com
*Attorneys for Defendants, Cal Financial Group, Inc. and Rit Venerus*

**HOLLAND & KNIGHT**
515 East Las Olas Boulevard., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 468-7961
Facsimile: (954) 463-2030

By: s/ *Benjamin Taormina*
Benjamin Taormina
Florida Bar No.: 106731
Benjamin.taormina@hklaw.com
Sanford Lewis Bohrer
Florida Bar No.: 160643
sbohrer@hklaw.com
*Attorneys for Defendants Soundgarden, Kim A. Thayil, Matt D. Cameron, and Hunter Benedict Shepherd*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

*s/ James G. Sammataro*
James G. Sammataro