**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No: 1:19-CIV-25045-MARTINEZ/OTAZO-REYES**

Vicky Cornell, individually and in her capacity as
the Personal Representative of the Estate of
Christopher John Cornell *a/k/a* Chris Cornell,

      Plaintiffs,
      v.

Soundgarden, a purported Washington General
Partnership, Kim A. Thayil, Matt D. Cameron,
Hunter Benedict Shepherd, Rit Venerus and Cal
Financial Group, Inc.

      Defendants.

_____/

**NOTICE OF TELEPHONIC DISCOVERY HEARING ON MARCH 31, 2020**

**PLEASE TAKE NOTICE** that, pursuant to instructions received from the Honorable

Magistrate Judge Otazo-Reyes' Chambers, the parties will appear telephonically for a discovery

hearing on **Tuesday, March 31, 2020 at 3:30 p.m.**

Dated:  March 25, 2020
      Miami, Florida

Respectfully submitted,

| **PRYOR CASHMAN LLP** | **LAVELY & SINGER PROFESSIONAL CORPORATION** |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| 201 South Biscayne Boulevard, Suite 2700 | 2049 Century Park East, Suite 2400 |
| Miami, Florida 33131 | Los Angeles, CA  90067 |
| Telephone: (786) 582-3010 | Telephone: 310-556-3501 |
| Facsimile:  (786) 582-3004 | Facsimile: 310-556-3615 |
|  |  |
| By: s/ *James G. Sammataro* | By: *s/ Martin D. Singer* |
| James G. Sammataro | Martin D. Singer |
| Florida Bar No. 520292 | (admitted pro hac vice) |
| jsammataro@pryorcashman.com | mdsinger@lavelysinger.com |
| Brendan S. Everman | David Jonelis, Esq. |
| Florida Bar No. 68702 | (admitted pro hac vice) |
| beverman@pryorcashman.com | djonelis@lavelysinger.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2020 a copy of the foregoing Notice of Telephonic Discovery Hearing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                                              */s/ James G. Sammataro*
                                                James G. Sammataro