# EXHIBIT 5

## I. Description of the Assignment

1. I was retained by Rimon, P.C. ("Counsel") to provide an expert opinion on damages in connection with the matter of *Vicky Cornell, et al. v. Soundgarden, et al.* (the "Dispute"). I was also asked to provide certain support services including preparing this report and providing expert testimony, if necessary.

2. It is my understanding that upon the death of Soundgarden vocalist Chris Cornell on May 18, 2017, certain files containing at least seven Soundgarden multi-track master recordings ("Subject Masters") are in the possession of Plaintiff Vicky Cornell ("Plaintiff"). Plaintiff refuses to return these master recordings to Defendants Soundgarden, Kim Thayil, Matt Cameron, and Hunter Benedict Shepherd ("Defendants"), thus depriving Defendants of the ability to commercially exploit the Subject Masters[1] and related musical copyrights.

3. I have been asked to provide my expert opinion of the damages related to the inability of Defendants to exploit the Subject Masters and related musical copyrights.

4. I reserve the right to amend my opinion if new data or information relevant to my analysis becomes available.

## II. Qualifications

5. I am a Certified Public Accountant and founder and President of Gary Cohen Corporation. I received my certification in New York State in 1985. I have over 35 years of experience in the entertainment industry as a forensic accountant and business manager. Gary Cohen Corporation conducted over 1,000 royalty audits on behalf of recording artists, songwriters, producers and other music entertainment companies. It conducted many valuations of both music publishing and recorded music catalogs. I have testified as an expert witness in the United States District Courts and the state courts in New York, New Jersey, Michigan, Texas and California. My curriculum vitae and a listing of cases and audit engagements are attached.

## III. Compensation

6. Gary Cohen Corporation is being compensated for my time at my standard hourly billing rate, which is currently $350. My compensation for making this analysis is in no way contingent upon the value reported, upon any predetermined value, or upon the outcome of this Dispute.

## IV. Documents Reviewed

7. In formulating my opinions, I reviewed the following documents:

---

[1] "Soundgarden" refers to either or both of the music group and the legal entity consisting of a Washington general partnership that is one of the Defendants in this case.